## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

PAUL PECINA, JR.,

               Petitioner

        v.

LAW OFFICES OF JOEL SANSONE, JOEL SANSONE, ESQUIRE, MASSIMO TERZIGNI, ESQUIRE,

               Respondents

:  No. 184 WAL 2020
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.